IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN GONZALEZ,

      Plaintiff,                        No. CIV S-07-0135 GEB KJM P

     vs.

C/O HIGGNS, et at.,

      Defendants.               <u>ORDER</u>

_____/

         Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

         Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).  Accordingly, the request to proceed in forma pauperis will be granted.

         Plaintiff is required to pay the statutory filing fee of $350.00 for this action.  28 U.S.C. § 1914(a), 1915(b)(1).  Plaintiff has been without funds for six months and is currently without funds.  Accordingly, the court will not assess an initial partial filing fee.  28 U.S.C. § 1915(b)(1).  Plaintiff is obligated to make monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account.  These payments shall be

1 collected and forwarded by the appropriate agency to the Clerk of the Court each time the
2 amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C.
3 § 1915(b)(2).
4      Plaintiff's complaint states a cognizable claim Eighth Amendment claim pursuant
5 to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b) against defendant Higgins.  Therefore, the court
6 will order service of process on defendant Higgins.  With respect to the other defendants and
7 claims identified in plaintiff's complaint, plaintiff's complaint fails to state a claim upon which
8 relief can be granted.
9      In accordance with the above, IT IS HEREBY ORDERED that:
10      1.  Plaintiff's request for leave to proceed in forma pauperis is granted.
11      2.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.
12 The fee shall be collected and paid in accordance with this court's order to the Director of the
13 California Department of Corrections and Rehabilitation filed concurrently herewith.
14      3.  Service is appropriate for defendant Higgins.
15      4.  The Clerk of the Court shall send plaintiff a USM-285 form, a summons, an
16 instruction sheet and a copy of the complaint filed January 19, 2007.
17      5.  Within thirty days from the date of this order, plaintiff shall complete the
18 attached Notice of Submission of Documents and submit the following documents to the court:
19           a.  The completed Notice of Submission of Documents;
20           b.  One completed summons;
21           c.  One completed USM-285; and
22           d.  Two copies of the endorsed complaint filed January 19, 2007.
23      6.  Plaintiff need not attempt service on defendant Higgins and need not request
24 waiver of service.  Upon receipt of the above-described documents, the court will direct the
25 /////
26 /////

1 | United States Marshal to serve defendant Higgins pursuant to Federal Rule of Civil Procedure 4
2 | without payment of costs.
3 | DATED: May 7, 2007.
4 | _____
5 |                                   U.S. MAGISTRATE JUDGE
6 | 1
7 | higg0135.1(1.19.07)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN GONZALEZ,

      Plaintiff,                              No. CIV S-07-0135 GEB KJM P

    vs.

C/O HIGGNS, et at.,                    <u>NOTICE OF SUBMISSION</u>

      Defendants.                   <u>OF DOCUMENTS</u>

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____ completed summons form

        _____ completed USM-285 form

        _____ copies of the _____
                              Complaint

DATED:

                                        _____
                                        Plaintiff