IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JUAN GONZALEZ,** | 2:07-cv-0135 GEB KJM PC |
| Plaintiff, | **ORDER** |
| v. | |
| **C/O HIGGINS, et al,** | |
| Defendant. | |

GOOD CAUSE having been shown. The Court grants Defendant's request to extend the deadline to complete discovery and the deadline to file pretrial motions as follows:

1. All discovery and motions to compel discovery shall be completed and filed by **January 22, 2008.** All requests for discovery pursuant to Fed. R. Civ. P. 31, 33, 34 or 36 shall be served not later than sixty days prior to that date.

2. All pretrial motions, except motions to compel discovery, shall be filed on or before **March 19, 2008.** Unless otherwise ordered, all motions to dismiss, motions for summary judgment, motions concerning discovery, motions pursuant to Rules 7, 11, 12, 15, 41, 55, 56, 59 and 60 of the Federal Rules of Civil Procedure, and motions pursuant to Local Rule 11-110 shall be briefed pursuant to Local Rule 78-230(m). Failure to oppose such a motion timely may be

///

1  deemed a waiver of opposition to the motion.  Opposition to all other motions need be filed only
2  as directed by the court.
3         IT IS SO ORDERED.
4  DATED: November 1, 2007.

_____
U.S. MAGISTRATE JUDGE

Order