IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN GONZALEZ,

      Plaintiff,                    No. CIV S-07-0135 GEB KJM P

   vs.

C/O HIGGINS, et al.,

      Defendants.           <u>ORDER</u>

_____/

        In light of the fact that defendants' motion for summary judgment is pending, IT IS HEREBY ORDERED that the dates established for the filing of pretrial statements, pretrial conference and trial are vacated. Those dates will be reset, if necessary, after a ruling is issued with respect to defendants' motion for summary judgment.

DATED: May 15, 2008.

_____
U.S. MAGISTRATE JUDGE

1
gonz0135.vso