1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JUAN GONZALEZ,

11              Plaintiff,                No. 2:07-cv-0135-GEB-KJM-P

12        vs.

13   KEITH HIGGINS, et al.,

14              Defendants.              <u>ORDER</u>

15   _____/

16            Plaintiff is a California prisoner proceeding pro se with an action for violation of

17   civil rights under 42 U.S.C. § 1983. The court finds that appointment of counsel for plaintiff is

18   warranted. Therefore, the court intends to appoint counsel and set this matter for a status

19   hearing. Joshua Kaizuka has been selected by random draw from the court's attorney panel.

20   Both parties shall appear by counsel at the status hearing and be prepared to discuss how this

21   matter should proceed.

22            Accordingly, IT IS HEREBY ORDERED that:

23            1. This matter is set for a status hearing at 10:00 a.m. on June 10, 2009 before the

24   undersigned in Courtroom #26. Both parties shall appear by counsel at the status conference

25   and shall be prepared to discuss how this matter should proceed.

26            2. The requirement that plaintiff file a pretrial statement at this time is vacated.

3.  The Clerk of the Court is directed to serve a copy of this order upon Joshua Kaizuka, Law Office of Mark E. Merin, 2001 P Street, Suite 100, Sacramento, CA, 95814.

DATED:  May 6, 2009.

_____
U.S. MAGISTRATE JUDGE