IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN GONZALEZ,

      Plaintiff,                             No. 2:07-cv-0135-GEB-KJM-P

   vs.

KEITH HIGGINS, et al.,

      Defendants.                   ORDER

_____/

        This matter came on for status conference on June 10, 2009. Joshua Kaizuka appeared on behalf of plaintiff; Richard Pattison appeared on behalf of defendant. In light of the conversation occurring at the status conference, the record before the court and good cause appearing, IT IS HEREBY ORDERED that the parties are granted sixty days to resolve this matter and so notify the court. If the court has not been notified in sixty days that this matter has been resolved, plaintiff's pretrial statement shall be filed within twenty days after notification is due. Defendant's pretrial statement shall be filed within twenty days after service of plaintiff's statement. The matter thereafter will be set for trial.

DATED: June 11, 2009.

_____
U.S. MAGISTRATE JUDGE

1
gonz0135.oah