Mark E. Merin (State Bar No. 043849)
Joshua Kaizuka (State Bar No. 212195)
**LAW OFFICE OF MARK E. MERIN**
2001 P Street, Suite 100
Sacramento, California  95811
Telephone:     (916) 443-6911
Facsimile:      (916) 447-8336
E-Mail:          mark@markmerin.com
                     joshua@markmerin.com

Attorneys for Plaintiff

Richard M. Pattison (State Bar No. 148954)
**RAINS LUCIA STERN, PC**
2495 Natomas Park Drive, Suite 620
Sacramento, California  95833
Telephone:     (916) 646-2860
Facsimile:      (916) 646-2861
E-Mail:          rpattison@rlslawyers.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN GONZALEZ,<br><br>             Plaintiff,<br><br>     vs.<br><br>HIGGINS, Correctional Officer, et al.<br><br>             Defendants. | Case No.   2:07-CV-00135-KJM<br><br>**STIPULATED REQUEST TO EXTEND DATE FOR SETTLEMENT DISCUSSIONS AND FOR PLAINTIFF AND DEFENDANTS TO FILE PRE-TRIAL STATEMENTS; ORDER** |

IT IS HEREBY STIPULATED AND RESPECTFULLY REQUESTED, by and between the parties hereto, that the Court extend the time for the parties to discuss settlement options an additional sixty days.  Since the status conference that was held on June 10, 2009, the parties have had meaningful settlement discussions, and it is expected that the parties will be able to reach a mutually agreeable settlement within the next sixty days.  Therefore, the parties respectfully request the Court grant them an additional sixty days for settlement discussions.

The parties further respectfully request that the Court extend the deadline for plaintiff to file a pretrial statement to twenty days after the requested additional sixty day extension, and extend

1

defendant's time to file a pretrial statement to twenty days thereafter.

DATED: August 21, 2009                     Respectfully Submitted,

                                            LAW OFFICE OF MARK E. MERIN

                                            /s/ - "Joshua Kaizuka"
                                      By: _____
                                                Joshua Kaizuka
                                               Attorneys for Plaintiff

DATED: August 21, 2009                     Respectfully Submitted,

                                            RAINS LUCIA STERN, PC

                                            By:   /s/ - Richard M. Patterson
                                                      Richard M. Pattison
                                                      Attorneys for Defendants

**ORDER**

     Good cause appearing, IT IS HEREBY ORDERED that the parties are granted an additional sixty days to resolve this matter and so notify the court by Friday, October 9, 2009. If the court has not been notified by October 9, 2009, that this matter has been resolved, plaintiff's pretrial statement shall be filed by October 29, 2009. Defendant's pretrial statement shall be filed within twenty days after service of plaintiff's pretrial statement. The matter thereafter will be set for trial.

DATED: August 21, 2009.

_____
U.S. MAGISTRATE JUDGE