Mark E. Merin (State Bar No. 043849)
Joshua Kaizuka (State Bar No. 212195)
**LAW OFFICE OF MARK E. MERIN**
2001 P Street, Suite 100
Sacramento, California  95811
Telephone:     (916) 443-6911
Facsimile:      (916) 447-8336
E-Mail:          mark@markmerin.com
                    joshua@markmerin.com

Attorneys for Plaintiff

Richard M. Pattison (State Bar No. 148954)
**RAINS LUCIA STERN, PC**
2495 Natomas Park Drive, Suite 620
Sacramento, California  95833
Telephone:     (916) 646-2860
Facsimile:      (916) 646-2861
E-Mail:          rpattison@rlslawyers.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN GONZALEZ,<br><br>          Plaintiff,<br><br>     vs.<br><br>HIGGINS, Correctional Officer, et al.<br><br>          Defendants. | Case No.   2:07-CV-00135-KJM<br><br>**STIPULATED REQUEST TO EXTEND DATE FOR SETTLEMENT DISCUSSIONS AND FOR PLAINTIFF AND DEFENDANTS TO FILE PRE-TRIAL STATEMENTS; ORDER** |

IT IS HEREBY STIPULATED AND RESPECTFULLY REQUESTED, by and between the parties hereto, that the Court extend the time for the parties to discuss settlement options an additional thirty days.  Since the Court granted an additional sixty days to discuss settlement on August 21, 2009, The California Department of Corrections and Rehabilitation has reduced days available for visitation to just Friday and weekends.  While there have been meaningful settlement discussions during the last sixty days, recently, the parties have significantly closed the difference between settlement offers.  Counsel for plaintiff will not be able to discuss the latest settlement offer for at least a week due to scheduling conflicts.  The parties expect to reach a mutually agreeable settlement within the next thirty days.  In the

1

event that the case is not settled in the next thirty days, the parties agree that this case would be appropriate for an informal settlement conference.  Therefore, the parties respectfully request the Court grant them an additional thirty days for settlement discussions.

The parties further respectfully request that the Court vacate the deadlines for plaintiff to file a pretrial statement on October 29, 2009 and defendant's pretrial statement twenty days after service of the plaintiff's pretrial statement.

DATED: October 15, 2009			Respectfully Submitted,

					LAW OFFICE OF MARK E. MERIN

						/s/ - "Joshua Kaizuka"
					By: _____
						Joshua Kaizuka
						Attorneys for Plaintiff

DATED: October 15, 2009			Respectfully Submitted,

					RAINS LUCIA STERN, PC


					By: ___/s/
						Richard M. Pattison
						Attorneys for Defendants

## ORDER

Good cause appearing, IT IS HEREBY ORDERED that the parties are granted an additional thirty days to resolve this matter and so notify the Court, or by Monday, November 9, 2009. If the case is not settled by November 9, 2009, the parties shall request to schedule this case for an informal settlement conference.  The dates established for the filing of pretrial statements are vacated.  Those dates will be reset, if necessary, at a later date.

DATED:  October 15, 2009.

					_____
					U.S. MAGISTRATE JUDGE

2